UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWREZ LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KIMBERLY USSERY, et al.,<br><br>　　　　　Defendants. | No. 2:25-cv-00895-DC-JDP (PS)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ACCEPT RE-NOTICE OF REMOVAL<br><br>(Doc. No. 6) |

　　　　On April 4, 2025, Defendant Kimberly Ussery filed a motion requesting the court accept a re-notice of removal and accept the notice as a supplemental pleading and consolidate this action with the underlying state court action. (Doc. No. 6.) For the reasons explained in the court's order remanding this action to San Joaquin County Superior Court, this court lacks subject jurisdiction over this action, including Defendant's Ussery's pending motion. (*See* Doc. No. 5.) Because removal of this action continues to be improper, the court will deny the pending motion.

　　　　Accordingly:

　　　　1.　　Defendant Ussery's motion to accept a re-notice of removal (Doc. No. 6) is

　　　　　　　DENIED; and

\\\

\\\

\\\

1

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**April 11, 2025**__  

                                                Dena Coggins  
                                                United States District Judge